**Jerome L. HALL, Plaintiff–Appellant,**

v.

**Lawrence DINISIO, Warden, Defendant–Appellee,**

and

**Talbot County Department of Corrections, Defendant.**

**No. 01–6301.**

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 29, 2001.

Jerome L. Hall, pro se. Daniel Karp, Allen, Johnson, Alexander & Karp, Baltimore, MD, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jerome L. Hall seeks to appeal the district court's order granting summary judgment in favor of Defendant. We dismiss the appeal for lack of jurisdiction because Appellant's notice of appeal was not timely filed.

Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App.P. 4(a)(1), unless the district court extends the appeal period under Fed. R.App.P. 4(a)(5) or reopens the appeal period under Fed.R.App.P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order granting summary judgment was entered on the docket on December 12, 2000, and Hall's motion to amend his affidavit, which the district court construed as a motion for reconsideration, was denied on January 5, 2001. Appellant's notice of appeal was filed on February 20, 2001. Because Appellant failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*